1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Petitioner*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9                              SACRAMENTO DIVISION

10 AF HOLDINGS, LLC,                    )    **Case No.**
                                        )
11           Plaintiff,                 )
                                        )
12     v.                               )    **CORPORATE PARTY DISCLOSURE**
                                        )    **STATEMENT**
13 JOHN DOE,                            )
                                        )
14           Defendant.                 )
                                        )
15 _____      )

16

17           **CORPORATE PARTY DISCLOSURE STATEMENT**

18         Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner, by and through his attorney of

19 record, hereby submits that AF Holdings, LLC does not have a parent corporation that owns 10% or

20 more of its stock.

21                                       Respectfully Submitted,

22                                       PRENDA LAW INC.

23 **DATED:  November 21, 2011**

24
                                  By:    /s/ Brett L. Gibbs, Esq.
25                                       _____

26                                       Brett L. Gibbs, Esq. (SBN 251000)
                                         Prenda Law Inc.
27                                       38 Miller Avenue, #263
                                         Mill Valley, CA 94941
                                         blgibbs@wefightpiracy.com
28                                       *Attorney for Plaintiff*