UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

           Plaintiff,

    v.

JOHN DOE,

           Defendant.

_____/

NO. CIV. S-11-3076 LKK/KJN

O R D E R

    Pending before the court is an application by plaintiff to take expedited discovery to identify defendant John Doe. Pursuant to Eastern District Local Rule 302(c)(1), this motion, ECF No. 7, is REFERRED to the Magistrate Judge assigned to the case. The hearing currently scheduled on February 21, 2012 is VACATED.

    IT IS SO ORDERED.

    DATED: January 23, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT