Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, <br>       Plaintiff, <br>   v. <br> JOHN DOE, <br>       Defendant. | No. C-11-03076 LKK-KJN <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDLING) CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

On January 30, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the outset of this action. (ECF No. 6.)  In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the status conference currently scheduled for February 21, 2012, is continued to **April 2, 2012 at 1:30 p.m. in this Court.**  The parties shall file their status reports 14 days prior to the status conference.

DATED: February 3, 2012

                                              */s/ Lawrence K. Karlton*
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT