UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

        Plaintiff,

   v.

JOHN DOE,

        Defendant.
_____/

NO. CIV. S-11-3076 LKK/KJN

O R D E R

A status conference in the above reference matter is currently scheduled for April 2, 2012, at 1:30 P.M. In Plaintiff's status report, Plaintiff indicates that it has been "unable to identify the John Doe infringer," and that Plaintiff has an ex parte application pending requesting "a deposition of a key individual to potentially allow Plaintiff to ascertain John Doe's identity." Pl's Report, ECF No. 12, at 2.

However, on March 21, 2012, the court issued an order denying Plaintiff's motion for leave to take expedited discovery. See Order, ECF No. 13. The court provided, "plaintiff has not shown that good cause exists for the early discovery requested.

Assuming plaintiff has a good faith basis for its claims, plaintiff can name Mr. Rivas as a defendant, serve him with process, hold the Rule 26(f) conference, and conduct any discovery necessary." Id. at 9.

Accordingly, because Plaintiff has not yet named Mr. Rivas as a defendant or served him with process, the court ORDERS as follows:

[1] The status conference is CONTINUED to June 11, 2012, at 2:30 P.M.

[2] If Plaintiff names Mr. Rivas as a defendant, Plaintiff SHALL advise Mr. Rivas of the new status conference date and time.

[3] The parties SHALL submit updated status reports no later than 14 days before the status conference.

IT IS SO ORDERED.

DATED: March 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT