1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) | **No. 2:11-cv-03076 LKK-KJN** |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL OF ACTION** |
| ) | **WITHOUT PREJUDICE** |
| JOHN DOE AND FRANCISCO RIVAS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety *without* prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), John Doe and/or Francisco Rivas have neither filed an answer to Plaintiff's Amended Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

1  Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: June 5, 2012**

By: _____/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

>                     /s/  Brett L. Gibbs
>                     Brett L. Gibbs, Esq.